# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-2186 (ESH) |
| | ) | |
| BARACK H. OBAMA *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Upon consideration of the Consent Motion for a Stay and to Withdraw Petitioner's Pending Discovery Motion, it is hereby

**ORDERED** that the Consent Motion [dkt. #264] is **GRANTED**; it is further

**ORDERED** that this case, including all pending motions and discovery obligations, is stayed until **July 5, 2011**; it is further

**ORDERED** that the Protective Order [dkt. #'s 79, 192] will remain in effect; it is further

**ORDERED** that Petitioner's pending Motion for Discovery [dkt. #261] is **WITHDRAWN WITHOUT PREJUDICE**; it is further

**ORDERED** that Respondent's Sealed Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return [dkt. #263] is **STAYED**; it is further

**ORDERED** that Petitioner's Opposition to Respondent's Sealed Motion shall be due two weeks after the stay is lifted; and it is further

**ORDERED** that the parties shall file a joint status report by **July 5, 2011**.


                                        _____/s/_____
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge


DATE:   March 7, 2011